UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) <br> ) <br> DIAMONDHEAD CASINO CORPORATION ) <br> ) <br> Alleged Debtor. ) <br> ) <br> ──────────────────────────────── ) <br> ) <br> DEBORAH A. VITALE ) <br> ) <br> Appellant, ) <br> v. ) <br> ) <br> EDSON ARNEAULT, et al., ) <br> ) <br> Appellees. ) <br> ──────────────────────────────── ) | Chapter 7 <br> Case No. 24-11354 (JKS) <br><br><br><br><br><br> Case No. 1:25-cv-01022-MN <br> Case No. 1:25-cv-01167-MN |

### REQUEST FOR ORAL ARGUMENT ON
### EMERGENCY MOTION FOR STAY PENDING APPEAL OF APPELLANT,
### DEBORAH A. VITALE

On October 21, 2025, the Appellant, Deborah A. Vitale, filed an Emergency Motion for Stay Pending Appeal. On October 29, 2025, the Appellees filed an Objection to the Emergency Motion for Stay Pending Appeal. On November 3, 2025, the Appellant filed her Reply.

Pursuant to Local Rule 7.1.4, the Appellant, Deborah A. Vitale, hereby requests oral argument on the Emergency Motion for Stay Pending Appeal.

                                              Respectfully submitted,
                                              DEBORAH A. VITALE
                                              /s/ Deborah A. Vitale
                                              Defendant, Pro Se
                                              1013 Princess Street
                                              Alexandria, Virginia 22314
                                              Telephone: (727) 510-1412
                                              email: vitaledav@aol.com

November 7, 2025

i