# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DIAMONDHEAD CASINO CORPORATION,<br><br>Debtor. | Chapter 7<br><br>Case No. 24-11354 (JKS) |
| DEBORAH A. VITALE,<br><br>Appellant,<br><br>v.<br><br>EDSON ARNEAULT, *et al.*,<br><br>Appellees. | Case No. 1:25-cv-1022-MN<br>Case No. 1:25-cv-1167-MN |

## STIPULATION AND PROPOSED ORDER GOVERNING BRIEFING OF APPEAL

WHEREAS, pursuant to this Court's oral order dated November 18, 2025, the parties to the above-captioned appeals have agreed on the following briefing schedule:

1. Appellant's Opening Brief shall be due within 45 days of the date of this Order.

2. Appellee's Answering Brief shall be due within 45 days of the filing of the Opening Brief.

3. Appellant's Reply Brief shall be due within 20 days of the date of the filing of the Answering Brief.

.[*Signatures to Follow*]

**ARMSTRONG TEASDALE LLP**

| | |
|---|---|
| */s/ Jonathan M. Stemerman* | */s/ Deborah A. Vitale* |
| Jonathan M. Stemerman (No. 4510) | Deborah A. Vitale, Pro Se |
| 1007 North Market Street, Third Floor | 1013 Princess Street |
| Wilmington, Delaware 19801 | Alexandria, Virginia 22314 |
| Telephone: (302) 416-9670 | Telephone: (727) 510-1412 |
| jstemerman@atllp.com | vitaledav@aol.com |
| *Counsel to the Appellees* | *Appellant* |

IT IS SO ORDERED:

December 8, 2025

Hon. Maryellen Noreika,
United States District Court Judge