IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| DIAMONDHEAD CASINO CORPORATION, | ) | Case No. 24-11354 (JKS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| DEBORAH A. VITALE, | ) | |
| | ) | |
| Appellant, | ) | C.A. No. 25-1022 (MN) |
| v. | ) | C.A. No. 25-1167 (MN) |
| | ) | |
| EDSON ARNEAULT, *et al.*, | ) | |
| | ) | |
| Appellees. | ) | |
| | ) | |

## **ORDER**

At Wilmington, this 20th day of March 2026;

IT IS HEREBY ORDERED that the Motion of Appellant, Deborah A. Vitale, for Authorization to File Documents Electronically Through CM/ECF (D.I. 34 in C.A. No. 25-1022 and D.I. 24 in C.A. No. 25-1167) is GRANTED.  Ms. Vitale is granted e-filing privileges for these actions ONLY.  Ms. Vitale shall contact the Clerk's Office Help Desk at (302) 573-6170 to obtain the applicable CM/ECF registration form.

The Honorable Maryellen Noreika
United States District Judge